# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

DARRELL W. STEPHENS,

        Petitioner,     :     Case No. 1:17-cv-796

  - vs -                     District Judge Michael R. Barrett
                                Magistrate Judge Michael R. Merz

Warden,
  Pickaway Correctional Institution

                                 :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above-captioned case is hereby TRANSFERRED from The Honorable Stephanie K. Bowman to The Honorable Michael R. Merz.

February 11, 2019.

                                                                    s/ *Michael R. Merz*
                                                                    United States Magistrate Judge